OPINION — AG — ** SOLID WASTE MANAGEMENT ACT — AGENCIES THAT MAY ENGAGE IN JOINT COOPERATIVE ACTION ** STATE AGENCIES MAY ENTER INTO AGREEMENTS WITH SODA OR OTHER STATE AGENCIES TO ENGAGE IN JOINT COOPERATIVE ACTION AS SET FORTH UNDER THE OKLAHOMA SOLID WASTE MANAGEMENT ACT OF 1970. CITE: 63 O.S. 1971 2251 [63-2251], 63 O.S. 1971 2265 [63-2265], 74 O.S. 1971 1003 [74-1003], 63 O.S. 1971 2255 [63-2255] (PAUL C. DUNCAN)